On appellant's and respondent's joint motion to vacate and remand dated June 19, joint motion for order vacating judgment granted; judgment vacated; case remanded for resentencing; otherwise affirmed July 16, 2003

STATE OF OREGON,
*Respondent,*

*v.*

DAVID LOREN DREW,
*Appellant.*

0103-32132; A118050

72 P3d 1064

Jamesa J. Drake, Deputy Public Defender, and Jonathan Fussner, Assistant Attorney General, for motion.

Before Brewer, Presiding Judge, and Wollheim and Kistler, Judges.

PER CURIAM

## PER CURIAM

The parties jointly move for an order vacating the judgment and remanding this case for resentencing. ORS 138.227(1).[1] We grant the motion.

Defendant was convicted on three separate counts, including the unlawful use of a weapon, ORS 166.220, which is a Class C felony. Pursuant to ORS 161.610(4)(a), the trial court imposed a sentence of five years' imprisonment and 24 months' post-prison supervision. That sentence exceeds the statutory maximum of five years for a Class C felony because a sentence includes incarceration and post-prison supervision. Pursuant to ORS 138.222(5), the judgment is vacated and the case is remanded for resentencing.

Joint motion for order vacating judgment granted; judgment vacated; case remanded for resentencing; otherwise affirmed.

---

[1] ORS 138.227(1) provides, in part:

"Upon joint motion of the parties to an appeal in a criminal action, the court may vacate the judgment * * * and remand the matter to the trial court to reconsider the judgment * * *. Upon remand, the trial court shall have jurisdiction to enter a revised judgment or order."